Ames v. Orme.

*G. P. Strong*, for defendant in error.

I. It was not necessary to make claim to the property according to the provisions of the third section of the local act of March 3, 1855.   (Bradley v. Holloway, 28 Mo. 150.) There is no ground for contending that the bills sued for were paid on the execution as a voluntary payment.   The understanding under which the substitution was made was fairly submitted to the jury.

---

AMES, Respondent, v. ORME, Appellant.

1. Judgment affirmed.

*Appeal from St. Louis Law Commissioner's Court.*

*Goodlett*, for appellant.

*A. M. & S. H. Gardner*, for respondent.

NAPTON, Judge, delivered the opinion of the court.

This case was tried under instructions to which each party assented, and upon testimony which was admitted without objection from either side.   The dispute involved really no

legal questions; but were questions of fact suitable for a jury, and as the jury have passed upon them, and the court has sanctioned their verdict, there is no ground for the interference of this court. Judgment affirmed.